# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

ANGELO MARTINEZ,

        Petitioner

: No. 102 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

ANGELO MARTINEZ,

        Petitioner

: No. 103 EAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2023, the Petition for Allowance of Appeal and the Application for Remand are **DENIED**.